**DAVID A. BANKUS**
Attorney At Law
5615 Richmond Avenue, Suite 160
Houston, Texas 77057
(713) 524-9131
Fax: (866) 530-8315
Email: davidbankus@sbcglobal.net

DELIVERED BY EMAIL TO ytingleaf@schwabe.com

February 10, 2020

Schwabe Williamson & Wyatt
Attn: Yvonne E. Tingleaf
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204

Re:   Your letter dated February 3, 2020 to Westwood Shipping of Houston, Texas.

Dear Yvonne:

My clients received your letter late last week, and have retained me to respond. My clients have decided to discontinue the use of the assumed name "Westwood Shipping". They were not aware of your client's trademark or that it could cause confusion. They are a new business which currently has a limited client base, and they intent to promptly notify their clients of a change in name for their business.

Very truly yours,

*David A. Bankus*
David A. Bankus