Interested in westwoodshipping.com? Our Domain Broker Service may be able to get it for you. Find out how.



Related Links

Order Fulfillment Centers ≫

Moving Services ≫

Trucking Owner Operator ≫

Delivery Services ≫

International Delivery ≫

Freight Transport ≫

Copyright ©  All rights reserved.   |   Privacy Policy

This Web page is parked FREE, courtesy of GoDaddy

Document title: westwoodshipping.com
Capture URL: http://westwoodshipping.com/
Capture timestamp (UTC): Wed, 30 Sep 2020 19:43:14 GMT

Interested in westwoodshipping.com? Our Domain Broker Service may be able to get it for you. Find out how.

## Order Fulfillment Services - Ecommerce Fulfillment Services

Ad www.xpdel.com/ ▾

Deliver better customer experience with our reliable **fulfillment** & delivery services.

## Best Fulfillment Centers - One and Two-Day Shipping

Ad www.flow.space/fulfillment/center ▾

Manage Transportation, **Order Fulfillment**, and Service of Inventory all in one Platform.

## Fulfillment & Distribution - In Business for 37+ Years

Ad www.echodata.com/ ▾

Delivering World-Class **Fulfillment** Solutions To Fortune 2500 Corporations Across The US.
Offering **Order Fulfillment**, Ecom Integration, Logistics, & Real Time Reporting.

**Our Facilities**          **Kitting & Assembly**
**Warehousing & Inventory**

Copyright ©  All rights reserved.   |  Privacy Policy

This Web page is parked FREE, courtesy of GoDaddy

Document title: westwoodshipping.com/?query=Order Fulfillment Centers&amp;afdToken=3B1gmBefNZmh8RE_0fXXvmOVn_RzpYcDrE6HlWhP4Ms8-…
Capture URL: http://westwoodshipping.com/?query=Order%20Fulfillment%20Centers&amp;afdToken=3B1gmBefNZmh8RE_0fXXvmOVn_RzpYcDrE6HlWhP4Ms8-…
Capture timestamp (UTC): Wed, 30 Sep 2020 20:07:06 GMT

Page 1 of 1

Interested in westwoodshipping.com? Our Domain Broker Service may be able to get it for you. Find out how.

## Long Distance Moving Only - Full Service Moves From $2000 - Long Distance Movers Only

[Ad] outofstatemovingcompanies.org/longdistance/movingcompany ▼
Looking For a Reliable & Affordable Long Distance Moving Company Call Us Now.

## Long Distance Moving Service - Long Distance Movers - Out of State Moves Only

[Ad] www.longdistancemovingservice.org/ ▼
We are a Fully Licensed and Insured State To State Long Distance Moving Company.

Moving Services     Tips To Choose Company
Moving Resources

## Global Moving Services - Experienced Relocation Company - Contact us now - Free estimate

[Ad] www.nobelrelo.com/ ▼
Export Packing & Crating, Household Goods, Antique & Fine Art, Fully-licensed and insured.
BBB Top rated A+, Member of International moving association & International movers group.

Copyright ©  All rights reserved.   |   Privacy Policy

This Web page is parked FREE, courtesy of GoDaddy

Document title: westwoodshipping.com/?query=Moving…
Capture URL: http://westwoodshipping.com/?query=Moving…
Capture timestamp (UTC): Wed, 30 Sep 2020 20:07:33 GMT

Page 1 of 1

Interested in westwoodshipping.com? Our Domain Broker Service may be able to get it for you. Find out how.

## Owner Operator Trucking - Drivers Deserve More

[Ad] w w w . c r e t e c a r r i e r . c o m / ▾

Are You Making More Money This Year? Crete's Drivers Are! Earn More with Crete. Apply Now.

Apply Online Now          Company Driver
Crete Carrier History

## Trucking Routing Software Info - Find Your Answer in Seconds

[Ad] s e a r c h . a l o t . c o m / t r u c k i n g r o u t i n g / s o f t w a r e ▾

Search for Trucking Routing Software. Research and compare results on Alot.com today.

Dispatch Software          Trucking Software
Truck Scheduling Software   Route Mapping Software

## Top 10 Trucking Tools - See a Free List of Tools

[Ad] w w w . g e t a p p . c o m / t r u c k i n g / v i e w - l i s t ▾

Choose Your Trucking Solutions Tools from the Premier Resource for Businesses!

Copyright ©  All rights reserved.   |   Privacy Policy

This Web page is parked FREE, courtesy of GoDaddy

Interested in westwoodshipping.com? Our Domain Broker Service may be able to get it for you. Find out how.

## Order In Delivery - Search Order In Delivery

[Ad] w w w . e t o u r . c o m / o r d e r + i n + d e l i v e r y ▾
eTour.com is the newest place to search, **delivering** top results from across the web.

## Postmates - Food Delivery Near You

[Ad] w w w . p o s t m a t e s . c o m / ▾
Get $100 In **Delivery** Fee Credits For Your First 7 Days With Code GET100. Order Now

Free Delivery Every Order    Top Restaurants
Order Pickup                          Non-Contact Delivery
Drink Delivery                       Ride or Drive for Cash

## Online Delivery Service - Online Delivery Service

[Ad] w w w . i z i t o s e a r c h . c o m / s e a r c h ▾
Search Online **Delivery Service**.

Copyright ©  All rights reserved.   |   Privacy Policy

This Web page is parked FREE, courtesy of GoDaddy

Document title: westwoodshipping.com/?query=Delivery Services&amp;afdToken=3B1gmjTpe5jenHyOwvTMQiXpsqY12GkUK8N3rX-toTgt-…
Capture URL: http://westwoodshipping.com/?query=Delivery%20Services&amp;afdToken=3B1gmjTpe5jenHyOwvTMQiXpsqY12GkUK8N3rX-toTgt-…
Capture timestamp (UTC): Wed, 30 Sep 2020 20:08:17 GMT

Page 1 of 1

Interested in westwoodshipping.com? Our Domain Broker Service may be able to get it for you. Find out how.

## Get Easy Order Fulfillment - Start Now Free. No Minimums.

Ad fulfillment.shiphero.com/ ▾

Nationwide **shipping** for your Ecommerce Store. Start free, start now. No minimums.

How It Works   Simple Pricing
Get Started   Our Platform

## International Shipping - Shippo is Completely Free Now

Ad www.goshippo.com/ ▾

Save Time And Money With The #1 Multi-Carrier **Shipping** Software. Trusted By 50,000+ Brands

Create Shipping Labels   Deliver an Experience
Grow Your Business   Connect Your Tools

## International Delivery - 20+ Years Shipping Experience

Ad www.sky2c.com/international/shipping ▾

Contact Us for **International Shipping**, Logistics, & Customs Services. Global Offices.

Copyright ©  All rights reserved.  |  Privacy Policy

This Web page is parked FREE, courtesy of GoDaddy

Document title: westwoodshipping.com/?query=International Delivery&amp;afdToken=3B1g6nmMCLK-_GOzwvTMUROTk5A12GkUrsQ5rX-p4zb8-…

Capture URL: http://westwoodshipping.com/?query=International%20Delivery&amp;afdToken=3B1g6nmMCLK-_GOzwvTMUROTk5A12GkUrsQ5rX-p4zb8-…

Capture timestamp (UTC): Wed, 30 Sep 2020 20:52:03 GMT

Page 1 of 1

Interested in westwoodshipping.com? Our Domain Broker Service may be able to get it for you. Find out how.

## Full Truck Load Services - Reliable Logistics + Tracking

[Ad] freight.amazon.com/instant/quotes ▾

Your business. Our shipping network. Ship your full truckload freight 24/7/365. Book now.

## Hitachi Social Innovation - Hitachi | Powering Good - Fleet Management

[Ad] www.social-innovation.hitachi/transportation ▾

Powering good means helping business adopt advanced analytics now to prepare for tomorrow

Stress Out of Commuting   Evolution in Fleet Here

To 5G or not to 5G        Doing More With Less

## Classic Car Transport - Full Service Auto Transport - NewWorldAutoTransport

[Ad] www.newworldautotransport.com/ ▾

Reliable & Affordable Car Movers Enclosed Car Transport, A+ Rated. Car Transport New York.

Contact Us   Company Reviews

About Us

Copyright ©  All rights reserved.   |   Privacy Policy

This Web page is parked FREE, courtesy of GoDaddy

---

Document title: westwoodshipping.com/?query=Freight…
Capture URL: http://westwoodshipping.com/?query=Freight…
Capture timestamp (UTC): Wed, 30 Sep 2020 20:52:25 GMT

Page 1 of 1